

NUMBER 13-14-00298-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JUAN GARZA, **Appellant,**

**v.**

GERONIMO GALVAN, **Appellee.**

### On Appeal from the 197th District Court
### of Willacy County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was originally due on September 10, 2014.

This Court granted appellant's first motion for extension of time to file the brief on or before

November 3, 2014. On November 5, 2014, the Clerk of the Court notified appellant that

the brief had not been timely filed and that the appeal was subject to dismissal for want

of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten

days from the date of receipt of the Court's letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
25th day of November, 2014.